IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-2825-WYD-MJW

REBECCA MADRID,

    Plaintiff,

v.

RGS FINANCIAL, INC.,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Parties' Stipulated Motion to Remand Case to Pueblo County Court (ECF No. 13), filed on January 28, 2016.

Plaintiff filed this action in Pueblo County Court in Colorado on November 25, 2015.  Defendant was served with and received the Summons and Complaint on November 24, 2015.  Defendant removed the case to this Court based on federal question jurisdiction on December 29, 2015, thirty-four days after it was served.  Under 28 U.S.C. § 1146(b)(1), Defendant had thirty days after receipt of service to remove the case to federal court.   Accordingly, it is

ORDERED that the Motion to Remand Case (ECF No. 13) is **GRANTED**.  The Clerk of the Court is directed to remand the case to Pueblo County Court in the State of Colorado.

Dated:  February 2, 2016

                                    BY THE COURT:

                                    <u>s/ Wiley Y. Daniel</u>
                                    Wiley Y. Daniel
                                    Senior United States District Judge